# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN MICHAEL BRAITHWAITE, ADAM THOMAS BRAITHWAITE, and NEBRASKA RAILCAR CLEANING SERVICES, LLC,<br><br>Defendants. | 8:18CR216<br><br>**ORDER** |

This matter is before the court on Defendant, Nebraska Railcar Cleaning Services LLC's Unopposed Motion for Extension of Time to Disclose Experts. (Filing No. 41.) The court will grant the motion.

**IT IS ORDERED**:

1. Nebraska Railcar Cleaning Services LLC's Unopposed Motion for Extension of Time to Disclose Experts, Filing No. 41, is granted.

2. **On or about January 10, 2020** the United States and the defendants shall disclose their experts and provide any reports to the opposing party.

3. **On or about February 10, 2020** the United States shall identify any rebuttal experts and provide their reports to defendants.

4. **On or about April 10, 2020** the defendants shall file any pretrial motions.

5. **On or about April 17, 2020 at 2:00 p.m.** a status conference will be held in Courtroom #7 to discuss the progression of the case and possibly set a trial date.

3. The ends of justice have been served by granting the parties' request and outweigh the interests of the public and the defendants in a speedy trial. The additional time from today's date to April 17, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 16th day of December, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge