IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:18CR216** |
| vs. | |
| STEVEN MICHAEL BRAITHWAITE, ADAM THOMAS BRAITHWAITE, and NEBRASKA RAILCAR CLEANING SERVICES, LLC, | **ORDER** |
| Defendants. | |

This matter is before the court for a status conference.    Steven Michael Braithwaite was represented by his attorney, Clarence E. Mock, III; Adam Thomas Braithwaite was represented by his attorney, Stuart J. Dornan; and Nebraska Railcar Cleaning Services, LLC was represented by David A. Houghton.   The United States was represented by Krishna S. Dighe and Donald J. Kleine. Following a discussion of the status of discovery, the parties requested to continue the status conference and further progression of the case was established.

**IT IS ORDERED**:

1.      **On or about May 18, 2020** the defendants shall provide the remaining expert reports to the United States.

2.      **On or about June 1, 2020** the United States shall identify any rebuttal experts and provide their reports to defendants.

3.      **On or about July 16, 2020 at 1:00 p.m.** a status conference will be held to discuss the progression of the case and possibly set a trial date.

3.      The ends of justice have been served by granting the parties' request and outweigh the interests of the public and the defendants in a speedy trial. The additional time from today's date to July 16, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 16th day of April, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge