IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>STEVEN MICHAEL BRAITHWAITE, ADAM THOMAS BRAITHWAITE, and NEBRASKA RAILCAR CLEANING SERVICES, LLC,<br><br>                Defendant. | **WITNESS LIST**<br><br>Case No.   8:18CR216<br>Deputy:    Laura Coyle<br>Reporter:  Sue DeVetter<br>Date:      January 14, 2022 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Matthew Thurlby | 01/14/2022 |
| Joe Lowry | 01/14/2022 |
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Michael Downey | 01/14/2022 |
|  |  |
|  |  |
|  |  |